# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHARON SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 3:09-CV-571 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Sharon Simmons, by and through her counsel, and Defendant, Hartford Life and Accident Insurance Company, by and through its undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

*/s/ Robert F. Spann*
Robert F. Spann
Attorney for Plaintiff, Sharon Simmons

**OF COUNSEL:**
1312 6th Avenue, N
Nashville, Tennessee 37208
(615) 248-2300

/s/ Grace R. Murphy
William B. Wahlheim, Jr.
Grace Robinson Murphy
(Admitted *Pro Hac Vice*)

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000


Taylor B. Mayes
Kevin C. Baltz
Miller & Martin, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2433
(615) 244-9270

Attorneys for Defendant Hartford Life and Accident
Insurance Company