APPROVED.

*[signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| SHARON SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 3:09-CV-571 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Sharon Simmons, by and through her counsel, and Defendant, Hartford Life and Accident Insurance Company, by and through its undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

*[signature]*
Robert F. Spann
Attorney for Plaintiff, Sharon Simmons

**OF COUNSEL:**
1312 6th Avenue, N
Nashville, Tennessee 37208
(615) 248-2300